B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Metrix Illinois, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA METRIX PHYSICAL THERAPY AND FITNESS** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-8628161** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2840 Patriot Blvd.**<br>**Glenview, IL**<br>ZIP Code **60026** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**W. Cornett**<br>**790 W. Frontage Road**<br>**Winnetka, IL**<br>ZIP Code **60093** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Metrix Illinois, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Metrix Illinois, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Timothy M. Hughes**
Signature of Attorney for Debtor(s)

**Timothy M. Hughes 6208982**
Printed Name of Attorney for Debtor(s)

**Lavelle Law, Ltd.**
Firm Name

**501 W Colfax**
**Palatine, IL 60067**

_____
Address

**Email: thughes@lavellelaw.com**
**847.705-9698  Fax: 847.241-1702**
Telephone Number

**March 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Walter G. Cornett III**
Signature of Authorized Individual

**Walter G. Cornett III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 10, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Metrix Illinois, Inc.**                  ,      Case No. _____

Debtor

Chapter            **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,440.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 120,571.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 496,344.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| Total Assets | | | 1,440.00 | | |
| Total Liabilities | | | | 616,915.40 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Metrix Illinois, Inc.**
                                                    ,
Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Metrix Illinois, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re    **Metrix Illinois, Inc.**                                                                           ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Chase Bank (operating)** | - | 0.00 |
| | | **Checking account at Chase Bank (payroll)** | - | 0.00 |
| | | **Savings account at Schaumburg Bank & Trust** | - | 236.00 |
| | | **Checking account at PNC** | - | 0.00 |
| | | **Savings account at Chase Bank operating** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Nicor gas** | - | 361.00 |
| | | **ComEd** | - | 77.00 |
| | | **Network Center** | - | 216.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Officer Term life insurance policy** | - | 0.00 |

Sub-Total >          890.00
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Metrix Illinois, Inc.**                                                    ,     Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade receivables ($34,217.00)** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Metrix Illinois, Inc.**                                                              ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furniture and supplies. | - | 50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | General equipment | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 550.00 |
| (Total of this page) | |
| Total > | 1,440.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Metrix Illinois, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Office equipment, furniture, supplies and physical therapy equipment & A/R.** | | | | | |
| **Schaumburg Bank & Trust P.O. Box 70 Bloomingdale, IL 60108** | X | - | | | | | | | |
| | | | | Value $                **50.00** | | | | **120,571.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | **120,571.00** |
| | | **0.00** |
| | Total (Report on Summary of Schedules) | **120,571.00** |
| | | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Metrix Illinois, Inc.** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Client** | | - | prepaid sessions | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Sheet ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (4/13) - Cont.

In re    **Metrix Illinois, Inc.**                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Illinois Department of Employment** **33 S. State, 9th Floor** **Chicago, IL 60603** | - | | | | | | | **0.00** |
| | | | | | | | **0.00** | **0.00** |
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Illinois Department of Revenue** **100 W Randolph 7th Floor** **Bankruptcy Unit** **Chicago, IL 60601** | - | | | | | | | **0.00** |
| | | | | | | | **0.00** | **0.00** |
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Ooperations** **POB 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | **0.00** |
| | | | | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet <u>2</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** 0.00 | **0.00** 0.00 |
| Total (Report on Summary of Schedules) | **0.00** 0.00 | **0.00** 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Metrix Illinois, Inc.**                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Albert (Andy) Anderson**<br>**1817 Wildberry Dr.**<br>**Glenview, IL 60025** | | - | **Contract dispute** | | | | 200.00 |
| Account No.<br><br>**Alice Smith**<br>**1256 Pine Street**<br>**Glenview, IL 60025** | | | **Contract dispute** | | | | 44.00 |
| Account No.<br><br>**Amber Kinser**<br>**5926 S. Park Ave.**<br>**Morton Grove, IL 60053** | | - | **Contract dispute** | | | | 40.63 |
| Account No.<br><br>**Angela Dzakovich**<br>**2336 Woodlawn Rd.**<br>**Northbrook, IL 60062** | | - | **Contract dispute** | | | | 135.00 |

| | | |
|---|---|---|
| __47__ continuation sheets attached | Subtotal<br>(Total of this page) | 419.63 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    S/N:35230-150109    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anne Brentan**<br>**2223 Crestview Lane**<br>**Wilmette, IL 60091** | | - | **Contract dispute** | | | | 270.00 |
| Account No.<br><br>**Annie Hayashi**<br>**311 Crestwood Village**<br>**Northfield, IL 60093** | | - | **Contract dispute** | | | | 43.75 |
| Account No.<br><br>**Anthony Keany**<br>**7226 W. Greenleaf**<br>**Chicago, IL 60631** | | - | **Contract dispute** | | | | 195.00 |
| Account No.<br><br>**AT&T**<br>**P.O. BOX 5080**<br>**Carol Stream, IL 60197** | | - | **Cable/Internet** | | | X | 330.12 |
| Account No.<br><br>**Barbara Pohn**<br>**1320 Hackberry Lane**<br>**Winnetka, IL 60093** | | - | **Contract dispute** | | | | 315.00 |

Sheet no. __1__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 1,153.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.**                                          ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barbara Twaddle<br>2444 Ridgeway Avenue<br>Evanston, IL 60201 | - | | Contract dispute | | | | 409.09 |
| Account No.<br><br>Barbie Myers<br>1182 Asbury Ave.<br>Winnetka, IL 60093 | - | | Contract dispute | | | | 47.00 |
| Account No.<br><br>Bert Getz<br>225 Shadowood Lane<br>Northfield, IL 60093 | - | | Contract dispute | | | | 150.00 |
| Account No.<br><br>Bert Kraft<br>2251 Bracken Lane<br>Northfield, IL 60093 | - | | Contract dispute | | | | 45.00 |
| Account No.<br><br>Beth Brady<br>2303 Linneman Street<br>Glenview, IL 60025 | - | | Contract dispute | | | | 85.71 |

Sheet no. __2__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    736.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beth Lipschultz**<br>**2740 Oak Ave.**<br>**Northbrook, IL 60062** | - | | Contract dispute | | | | 100.00 |
| Account No.<br><br>**Beverly Gordon**<br>**1608 Joy Lane**<br>**Glenview, IL 60025** | - | | Contract dispute | | | | 72.50 |
| Account No.<br><br>**Bill Boyd**<br>**1160 Michigan Ave.**<br>**Wilmette, IL 60091** | - | | Contract dispute | | | | 43.75 |
| Account No.<br><br>**Bill Patterson**<br>**225 Old Farm Road**<br>**Northfield, IL 60093** | - | | Contract dispute | | | | 116.00 |
| Account No.<br><br>**Bobbie Piell**<br>**4040 Dundee Road**<br>**Northbrook, IL 60062** | - | | Contract dispute | | | | 105.00 |

Sheet no. __3__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    437.25

B6F (Official Form 6F) (12/07) - Cont.

In re __**Metrix Illinois, Inc.**_____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bruce Hecktman**<br>**2434 Hampton Lane**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 137.50 |
| Account No. <br><br>**Bruce MacRae**<br>**3032 Margo Lane**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 45.00 |
| Account No. <br><br>**Business Network Center**<br>**Edens Tower Plaza**<br>**790 Frontage Road**<br>**Winnetka, IL 60093** | | - | | | | | 0.00 |
| Account No. <br><br>**Carol Apfelbaum**<br>**2560 Greenview**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 385.71 |
| Account No. <br><br>**Carol Burtis**<br>**1838 Lincoln Ave.**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 40.00 |

Sheet no. __4__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   608.21

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Cathe Forrestal 1884 Summerton Place Northbrook, IL 60062 | - | | | | | | | 525.00 |
| Account No. | | | | Contract dispute | | | | |
| Cathy Newman 305 Chipili Drive Northbrook, IL 60062 | - | | | | | | | 74.50 |
| Account No. | | | | Goods & Services | | | | |
| CEDA 208 S. LaSalle St., Suite 1900 Chicago, IL 60604 | - | | | | | | | 43,702.00 |
| Account No. | | | | Contract dispute | | | | |
| Charles Rapier 2538 Donarld Ct. Glenview, IL 60025 | - | | | | | | | 35.00 |
| Account No. | | | | Contract dispute | | | | |
| Chris Ebert 2151 Pioneer Evanston, IL 60201 | - | | | | | | | 26.88 |

Sheet no. __5__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,363.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.**                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Chris McGivern 3518 W. Shakespeare Ave. Chicago, IL 60647 | - | | | | | | 80.00 |
| Account No. | | | Contract dispute | | | | |
| Chris Young 1311 Adirondack Drive Northbrook, IL 60062 | - | | | | | | 441.00 |
| Account No. | | | Contract dispute | | | | |
| Christine Weisenberger 2002 Chestnut Wilmette, IL 60091 | - | | | | | | 60.00 |
| Account No. | | | Contract dispute | | | | |
| Chuck Lauer 551 Rosewood Ave Winnetka, IL 60093 | - | | | | | | 225.00 |
| Account No. | | | Contract dispute | | | | |
| Cindy Ficho 1717 Highland Terrace Glenview, IL 60025 | - | | | | | | 30.00 |

Sheet no. __6__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

836.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Clair Seckelmann 2642 Park Lane Glenview, IL 60025 | - | | | | | | | 105.00 |
| Account No. | | | | Contract dispute | | | | |
| Cliff Zmisk 3648 Indianwells Northbrook, IL 60062 | - | | | | | | | 270.00 |
| Account No. | | | | Contract dispute | | | | |
| Crystal Novak 379 Rosewood Ave. Winnetka, IL 60093 | - | | | | | | | 210.00 |
| Account No. | | | | Contract dispute | | | | |
| Cynthia Baldwin 6042 N. Christiana Chicago, IL 60659 | - | | | | | | | 90.00 |
| Account No. | | | | Contract dispute | | | | |
| Damon Evenstad 617 Meadow Glenview, IL 60025 | - | | | | | | | 30.00 |

Sheet no. __7__ of __47__ sheets attached to Schedule of                        Subtotal            705.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,                               Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Contract dispute | | | | |
| Dan Gottstein 2725 Prince St. Northbrook, IL 60062 | | | | | | | | 225.00 |
| Account No. | | - | | Contract dispute | | | | |
| Dan Pepoon 2127 Maple Ave Northbrook, IL 60062 | | | | | | | | 373.17 |
| Account No. | | - | | Contract dispute | | | | |
| Dan Santostefano 1925 Lake Ave, Unit 101 Wilmette, IL 60091 | | | | | | | | 225.00 |
| Account No. | | - | | Contract dispute | | | | |
| Dana Turban 2363 Pebblefork Lane Northfield, IL 60093 | | | | | | | | 45.00 |
| Account No. | | - | | Contract dispute | | | | |
| Danny Bodman 2112 Drury Lane Northfield, IL 60093 | | | | | | | | 480.00 |

| | | |
|---|---|---|
| Sheet no. __8___ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,348.17 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dave Dodge**<br>**1334 Larrabee Lane**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 810.00 |
| Account No.<br><br>**Dave Gimbel**<br>**1831 Ellendale Dr.**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 135.00 |
| Account No.<br><br>**Dave Heckler**<br>**1075 Elm**<br>**Winnetka, IL 60093** | | - | Contract dispute | | | | 135.00 |
| Account No.<br><br>**David Baron**<br>**2816 West Birchwood**<br>**Wilmette, IL 60091** | | - | Contract dispute | | | | 45.00 |
| Account No.<br><br>**David Cox**<br>**2221 Bracken Lane**<br>**Northfield, IL 60093** | | - | Contract dispute | | | | 560.00 |

Sheet no. __9__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           1,685.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Gransee<br>111 Abingdon Avenue<br>Kenilworth, IL 60043 | | - | Contract dispute | | | | 120.00 |
| Account No.<br><br>David Jacobs<br>417 Washington<br>Glenview, IL 60025 | | - | Contract dispute | | | | 360.00 |
| Account No.<br><br>David Lauschke<br>10381 Dearlove Rd.<br>Glenview, IL 60025 | | - | Contract dispute | | | | 45.00 |
| Account No.<br><br>Dean Snyder<br>189 Happ Road<br>Northfield, IL 60093 | | - | Contract dispute | | | | 375.00 |
| Account No.<br><br>Debbie Bradley<br>2512 Bel Air Drive<br>Glenview, IL 60025 | | - | Contract dispute | | | | 770.00 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,670.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| **Debra Beck** **1 Woodley Road** **Winnetka, IL 60093** | - | | | | | | 135.00 |
| Account No. | | | Contract dispute | | | | |
| **Deirdre Christman** **2339 Clover Lane** **Northfield, IL 60093** | - | | | | | | 780.00 |
| Account No. | | | Contract dispute | | | | |
| **Dennis Katz** **6833 N. Kedzie # 614** **Chicago, IL 60645** | - | | | | | | 115.00 |
| Account No. | | | Contract dispute | | | | |
| **Derrick McGavic** **908 Surrey Lane** **Glenview, IL 60025** | - | | | | | | 425.00 |
| Account No. | | | Contract dispute | | | | |
| **Dia Morgan** **1050 Huckleberry** **Glenview, IL 60025** | - | | | | | | 48.00 |

Sheet no. __11__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,503.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.**                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dia Morgan** 1050 Huckleberry Glenview, IL 60025 | | - | Contract dispute | | | | 450.00 |
| Account No. **Dianne Meltreger** 400 Thames Placeway Park Ridge, IL 60068 | | - | Contract dispute | | | | 40.00 |
| Account No. **Dick Hoffman** 1818 Westleigh Glenview, IL 60025 | | - | Contract dispute | | | | 257.14 |
| Account No. **Dick Zande** 2023 Fir Street Glenview, IL 60025 | | - | Contract dispute | | | | 80.00 |
| Account No. **Don Debellis** 1250 Prairie Lawn Road Glenview, IL 60026 | | - | Contract dispute | | | | 33.75 |

Sheet no. _12_ of _47_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **860.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Doug Mackie**<br>**1716 Highland Terrace**<br>**Glenview, IL 60025** | | - | Contract dispute | | | | 135.00 |
| Account No.<br><br>**Dragana Cupic**<br>**2335 Iroquois Drive**<br>**Glenview, IL 60026** | | - | Contract dispute | | | | 360.00 |
| Account No.<br><br>**Drew Maatman**<br>**83 Indian Hill Road**<br>**Winnetka, IL 60093** | | - | Contract dispute | | | | 375.00 |
| Account No.<br><br>**Duayne Meyer**<br>**440 Wagner Road**<br>**Northfield, IL 60093** | | - | Contract dispute | | | | 240.00 |
| Account No.<br><br>**Ed Reardon**<br>**821 Windsor Road**<br>**Glenview, IL 60025** | | - | Contract dispute | | | | 270.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,380.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ed Thompson<br>2747 Maple Ave.<br>Northbrook, IL 60062 | | - | | Contract dispute | | | | 250.00 |
| Account No.<br><br>Elke Montag<br>1016 North Road<br>Fox River Grove, IL 60021 | | - | | Contract dispute | | | | 45.00 |
| Account No.<br><br>Ellen Morley<br>2629 Bob-O-Link Lane<br>Northbrook, IL 60062 | | - | | Contract dispute | | | | 480.00 |
| Account No.<br><br>Empact Construction<br>790 Frontage Road<br>Winnetka, IL 60093 | | - | | Goods & Services | | | | 8,000.00 |
| Account No.<br><br>Evan Trent<br>5000 S. Cornell, #5B<br>Chicago, IL 60615 | | - | | Contract dispute | | | | 270.00 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,045.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.**                         ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TheraSys, Inc**<br><br>**Fifth Third**<br>**38 Fountain Square Plz.**<br>**MD 109064**<br>**Cincinnati, OH 45263-0001** | - | | | | | | 187,423.93 |
| Account No. **TheraSys, Inc**<br><br>**Fifth Third**<br>**c/o Diver, Grach, Quade & Masini**<br>**111 N. County St**<br>**Waukegan, IL 60085** | - | | $187,423.93 | | | | 0.00 |
| Account No.<br><br>**FOTO Inc**<br>**P. O. Box 11444**<br>**Knoxville, TN 37939** | - | | Goods & Services | | | | 1,706.00 |
| Account No.<br><br>**Francis Fiorentino**<br>**2303 Mohawk Lane**<br>**Glenview, IL 60062** | - | | Contract dispute | | | | 600.00 |
| Account No.<br><br>**Frank Weissman**<br>**2222 Royal Ridge Drive**<br>**Northbrook, IL 60062** | - | | Contract dispute | | | | 145.45 |

Sheet no. __15__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal<br>(Total of this page)      **189,875.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Fred Blesi 736 Glenayre Glenview, IL 60025 | | - | | | | | | 428.57 |
| Account No. | | | | Contract dispute | | | | |
| Gail Price 7 Hickory Lane Northbrook, IL 60062 | | - | | | | | | 368.18 |
| Account No. | | | | Contract dispute | | | | |
| Gayle Wagley 56 Park Lane Golf, IL 60029 | | - | | | | | | 45.00 |
| Account No. | | | | Contract dispute | | | | |
| George Cromydas 909 Lenox Glenview, IL 60025 | | - | | | | | | 82.93 |
| Account No. | | | | Contract dispute | | | | |
| George Sarmiento 1945 Smith Rd. Northbrook, IL 60062 | | - | | | | | | 37.50 |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    962.18

B6F (Official Form 6F) (12/07) - Cont.

In re __Metrix Illinois, Inc.__ ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Contract dispute | | | | |
| Gerald Handler 2415 The Strand Northbrook, IL 60062 | | | | | | | | 400.00 |
| Account No. | | - | | Contract dispute | | | | |
| Gregory Bednar 1525 Ammer Road Glenview, IL 60025 | | | | | | | | 340.00 |
| Account No. | | - | | Contract dispute | | | | |
| Greta Jurcikoniene 325 W. Pleasant Hill Blvd Palatine, IL 60067 | | | | | | | | 80.00 |
| Account No. | | - | | Contract dispute | | | | |
| Guy Leonardo 2479 Oneida Naperville, IL 60563 | | | | | | | | 39.17 |
| Account No. | | - | | Contract dispute | | | | |
| Hank Cox 2233 Drury Lane Northfield, IL 60093 | | | | | | | | 560.00 |

Sheet no. __17__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,419.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.**                                        ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Hans Larson 212 North Pine Street Mount Prospect, IL 60056 | - | | | | | | 233.33 |
| Account No. | | | Contract dispute | | | | |
| Helmut Epp 808 Ashland Wilmette, IL 60091 | - | | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| Hi Kahng 2517 Virginia Lane Northbrook, IL 60062 | - | | | | | | 240.00 |
| Account No. | | | Contract dispute | | | | |
| Hillary Pontarelli 1326 Evergreen Ct. Glenview, IL 60025 | - | | | | | | 749.70 |
| Account No. | | | Contract dispute | | | | |
| Howard Topel 1025 Summit Deerfield, IL 60015 | - | | | | | | 210.00 |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,523.03

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** ,                                Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Ian Lee P.O. Box 921 Northbrook, IL 60062 | - | | | | | | 45.00 |
| Account No. | | | Contract dispute | | | | |
| Inna Sukhman 1727 Wildwood Court Glenview, IL 60025 | - | | | | | | 327.27 |
| Account No. | | | Contract dispute | | | | |
| Jack Lynch 1771 Dewes St., Unit D Glenview, IL 60025 | - | | | | | | 560.00 |
| Account No. | | | Contract dispute | | | | |
| James Badger 1149 New Trier Ct. Wilmette, IL 60091 | - | | | | | | 80.00 |
| Account No. | | | Contract dispute | | | | |
| Jane Demler 83 Coventry Road Northfield, IL 60093 | - | | | | | | 135.00 |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 1,147.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Jean Clark 1770 Brush Hill Lane Glenview, IL 60025 | | - | | | | | 147.00 |
| Account No. | | | Contract dispute | | | | |
| Jeff Goldberg 89 Willow Rd. Chicago, IL 60689 | | - | | | | | 25.00 |
| Account No. | | | Contract dispute | | | | |
| Jennie Gault 1150 Ramona Road Wilmette, IL 60091 | | - | | | | | 18.75 |
| Account No. | | | Contract dispute | | | | |
| Jerry Robinson 1911 Westleigh Dr. Glenview, IL 60025 | | - | | | | | 600.00 |
| Account No. | | | Contract dispute | | | | |
| Jerry Slater 2144 Washington Dr. Northbrook, IL 60062 | | - | | | | | 225.00 |

Sheet no. __20__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,015.75

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jill Pinkerton**<br>**1743 Central Ave**<br>**Wilmette, IL 60091** | | - | **Contract dispute** | | | | 39.13 |
| Account No.<br><br>**Jim DiMatteo**<br>**8 Briarwood Lane**<br>**Lincolnshire, IL 60069** | | - | **Contract dispute** | | | | 168.00 |
| Account No.<br><br>**Jim Lewis**<br>**36149 N. Edgewater Court**<br>**Gurnee, IL 60031** | | - | **Contract dispute** | | | | 38.00 |
| Account No.<br><br>**Jim Maloney**<br>**884 Higginson Lane**<br>**Winnetka, IL 60093** | | - | **Contract dispute** | | | | 140.00 |
| Account No.<br><br>**Jim McNitt**<br>**1031 Willow Road**<br>**Winnetka, IL 60093** | | - | **Contract dispute** | | | | 218.75 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

603.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jim Rohner** <br> **2934 Indianwood Road** <br> **Wilmette, IL 60091** | | - | Contract dispute | | | | 40.00 |
| Account No. <br><br> **Jimmy DeCastro** <br> **695 Sheridan Rd.** <br> **Winnetka, IL 60062** | | - | Contract dispute | | | | 405.00 |
| Account No. <br><br> **Joel Goodman** <br> **4007 Rutgers Lane** <br> **Northbrook, IL 60062** | | - | Contract dispute | | | | 181.82 |
| Account No. <br><br> **John Benz** <br> **833 Bryant Avenue** <br> **Winnetka, IL 60093** | | - | Contract dispute | | | | 42.00 |
| Account No. <br><br> **John Bodine** <br> **400 Lincoiln Ave.** <br> **Glencoe, IL 60022** | | - | Contract dispute | | | | 174.00 |

| | | |
|---|---|---|
| Sheet no. __22__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 842.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| John Coghlan 1139 Ridge Ave. Evanston, IL 60202 | | - | | | | | 225.00 |
| Account No. | | | Contract dispute | | | | |
| John Hammond 737 Glendale Dr. Glenview, IL 60025 | | - | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| John Vitanovec 1256 Forest Glen Drive North Winnetka, IL 60093 | | - | | | | | 45.00 |
| Account No. | | | Goods & Services | | | | |
| Johnston Architect 310 Happ Road Northfield, IL 60093 | | - | | | | | 6,000.00 |
| Account No. | | | Contract dispute | | | | |
| Judie Bradford 2700 Summit Drive, Unit 104 Glenview, IL 60025 | | - | | | | | 270.00 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      6,630.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Metrix Illinois, Inc._____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Judy Frazin 3801 Mission Hills, Road #108 Northbrook, IL 60062 | | - | | | | | | 135.00 |
| Account No. | | | | Contract dispute | | | | |
| Juliana White 1360 Wessling Drive Northbrook, IL 60062 | | - | | | | | | 16.67 |
| Account No. | | | | Contract dispute | | | | |
| Karen Fusco 2772 Sahannon Rd. Northbrook, IL 60062 | | - | | | | | | 40.00 |
| Account No. | | | | Contract dispute | | | | |
| Kathleen Adams 2050 Claire Ct Glenview, IL 60025 | | - | | | | | | 131.25 |
| Account No. | | | | Contract dispute | | | | |
| Kathleen Heitmann 2561 Stone Court Northbrook, IL 60062 | | - | | | | | | 135.00 |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

457.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.**                                      ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Kathleen O'Brien 1922 Sunset Ridge Glenview, IL 60025 | - | | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| Kathryn Bettis 1628 Del'eqier Glenview, IL 60025 | - | | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| Kathy Barth 1735 A. Wildberry Dr. Glenview, IL 60025 | - | | | | | | 250.00 |
| Account No. | | | Contract dispute | | | | |
| Kathy Clouse 1193 Scott Ave. Winnetka, IL 60093 | - | | | | | | 72.73 |
| Account No. | | | Contract dispute | | | | |
| Kathy Johnston 2404 Fox Meadow Lane Northfield, IL 60093 | - | | | | | | 174.00 |

Sheet no. __25__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    676.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kathy Kenny**<br>**575 Somerset**<br>**Northfield, IL 60093** | - | | Contract dispute | | | | **40.00** |
| Account No.<br><br>**Kathy Lanctot**<br>**1500 Tower Road**<br>**Winnetka, IL 60093** | - | | Contract dispute | | | | **180.00** |
| Account No.<br><br>**Katie Dick**<br>**213 State Capitol**<br>**Springfield, IL 62756** | - | | Contract dispute | | | | **218.75** |
| Account No.<br><br>**Kelly Ipjian**<br>**2645 Landwehr Road**<br>**Glenview, IL 60026** | - | | Contract dispute | | | | **25.00** |
| Account No.<br><br>**Kim Ross**<br>**820 Eastwood Lane**<br>**Glenview, IL 60025** | - | | Contract dispute | | | | **45.00** |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**508.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kris Izenstark<br>1341 Wiulliamsburg Drive<br>Northbrook, IL 60062 | | - | Contract dispute | | | | 621.95 |
| Account No.<br><br>Leah Caille<br>5220 N. Glenwood Ave.<br>Chicago, IL 60640 | | - | Contract dispute | | | | 36.25 |
| Account No.<br><br>Lee Keating<br>775 Happ Road<br>Northfield, IL 60093 | | - | Contract dispute | | | | 270.00 |
| Account No.<br><br>Len Kasper<br>445 Drexel Avenue<br>Glencoe, IL 60022 | | - | Contract dispute | | | | 935.00 |
| Account No.<br><br>Lesley Lorch<br>Chicago, IL 60610 | | - | Contract dispute | | | | 280.00 |

Sheet no. __27__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,143.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** ,                     Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Linda Monico**<br>**727 Pleasant Lane**<br>**Glenview, IL 60025** | | - | Contract dispute | | | | 181.82 |
| Account No.<br><br>**Liza Dunne**<br>**1907 Greenview**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 80.00 |
| Account No.<br><br>**Lizanne Joyce**<br>**980 Raleigh Road**<br>**Glenview, IL 60025** | | - | Contract dispute | | | | 306.25 |
| Account No.<br><br>**Loretta Kaplan**<br>**586 Somerset Lane**<br>**Northfield, IL 60093** | | - | Contract dispute | | | | 90.00 |
| Account No.<br><br>**Lori Goldman**<br>**2564 Virginia Lane**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 90.00 |

Sheet no. __28__ of __47__ sheets attached to Schedule of          Subtotal          748.07
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Metrix Illinois, Inc.__ _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Lou Garippo 2500 Indigo Lane Glenview, IL 60026 | - | | | | | | 360.00 |
| Account No. | | | Contract dispute | | | | |
| Marcia Patterson 225 Old Farm Road Northfield, IL 60093 | - | | | | | | 34.09 |
| Account No. | | | Contract dispute | | | | |
| Margaret Kenny 735 Normandy Ln. Glenview, IL 60025 | - | | | | | | 400.91 |
| Account No. | | | Contract dispute | | | | |
| Maria McNitt 1031 Willow Road Winnetka, IL 60093 | - | | | | | | 42.00 |
| Account No. | | | Contract dispute | | | | |
| Marilyn Webster 945 Woodland Dr. Glenview, IL 60025 | - | | | | | | 1,534.15 |

Sheet no. __29__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,371.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marty Albert<br>1233 Walters<br>Northbrook, IL 60062** | | - | | **Contract dispute** | | | | 120.00 |
| Account No.<br><br>**Mary Eimers<br>635 Loing Road<br>Glenview, IL 60025** | | - | | **Contract dispute** | | | | 79.33 |
| Account No.<br><br>**Mary Elenz<br>2057 Royal Ridge Drive<br>Northbrook, IL 60062** | | - | | **Contract dispute** | | | | 140.00 |
| Account No.<br><br>**Mary Ellen Lovell<br>1628 Long Valley Drive<br>Northbrook, IL 60062** | | - | | **Contract dispute** | | | | 171.43 |
| Account No.<br><br>**Mary Green<br>320 Washington Street<br>Barrington, IL 60010** | | - | | **Contract dispute** | | | | 90.00 |

Sheet no. __30__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal | |
|---|---|
| (Total of this page) | 600.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** _____ ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Mary Sauer 1704 A Wildberry Dr. Glenview, IL 60025 | | - | | | | | | 320.00 |
| Account No. | | | | Contract dispute | | | | |
| Mary Sheehan 1705 Hall Street Downers Grove, IL 60516 | | - | | | | | | 140.00 |
| Account No. | | | | Contract dispute | | | | |
| MaryBeth Hardy 1350 Buttonwood Glenview, IL 60025 | | - | | | | | | 450.00 |
| Account No. | | | | Contract dispute | | | | |
| Michael Barnett 3017 Margo Lane Northbrook, IL 60062 | | - | | | | | | 163.64 |
| Account No. | | | | Contract dispute | | | | |
| Michael Roche | | - | | | | | | 280.00 |

Sheet no. __31__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,353.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Contract dispute | | | | |
| Michael Szkarulski 1534 Sunset Ridge Road Glenview, IL 60025 | | | | | | | | 90.00 |
| Account No. | | | - | Cash advances -- loans | | | | |
| Michael Twaddell 2444 Ridgeway Ave. Evanston, IL 60201 | | | | | | | | 15,112.00 |
| Account No. | | | - | Contract dispute | | | | |
| Michele Brouse 1070 Willow Road Winnetka, IL 60093 | | | | | | | | 240.00 |
| Account No. | | | - | Contract dispute | | | | |
| Michelle Amram 9220 Kedvale Ave Skokie, IL 60076 | | | | | | | | 101.25 |
| Account No. | | | - | Contract dispute | | | | |
| Michelle Davis 1444 Nottingham, #G009 Mundelein, IL 60060 | | | | | | | | 693.00 |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **16,236.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Contract dispute | | | | |
| Michelle Rosenson 1933 Fieldwood Northbrook, IL 60062 | | | | | | | | 160.00 |
| Account No. | | - | | Contract dispute | | | | |
| Michelle Strickland 2328 Dehne Road Northbrook, IL 60062 | | | | | | | | 45.00 |
| Account No. | | - | | Contract dispute | | | | |
| Michelle Warshawsky 2122 Stratford Lane Glenview, IL 60026 | | | | | | | | 45.00 |
| Account No. | | - | | Contract dispute | | | | |
| Mike Abrahamson 6201 W. Knox Chicago, IL 60646 | | | | | | | | 40.00 |
| Account No. | | - | | Contract dispute | | | | |
| Mindy Baschnagel 1824 W. Ridgewood Lane Glenview, IL 60025 | | | | | | | | 180.00 |

Sheet no. __33__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              470.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.**                              ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Miriam Biales**<br>**1201 Church Street**<br>**Glenview, IL 60025** | | - | Contract dispute | | | | 181.82 |
| Account No.<br><br>**Misha Lyalin**<br>**3901 Joanne Drive**<br>**Glenview, IL 60026** | | - | Contract dispute | | | | 50.00 |
| Account No.<br><br>**Nick McClanahan**<br>**1025 Eastwood Road**<br>**Glencoe, IL 60062** | | - | Contract dispute | | | | 45.00 |
| Account No. **xxx x. xxxxxxx Road**<br><br>**Nicor Gas**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | | - | Utility | | | | 594.00 |
| Account No.<br><br>**Oakley Stevens**<br>**819 Leyden Lane**<br>**Wilmette, IL 60091** | | - | Contract dispute | | | | 40.00 |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          910.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** _____, Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods & Services | | | | |
| OptimisCorp 24630 Washington St. Suite 200 Murrieta, CA 92562 | - | | | | | | | 3,281.00 |
| Account No. | | | | Contract dispute | | | | |
| Pam Anderson 694 S. Rodge Rd. Lake Forest, IL 60045 | - | | | | | | | 217.50 |
| Account No. | | | | Contract dispute | | | | |
| Pam Stevens 819 Leyden Lane Wilmette, IL 60091 | - | | | | | | | 70.00 |
| Account No. | | | | Contract dispute | | | | |
| Pat Jorndt 1038 Cayuga Drive Northbrook, IL 60062 | - | | | | | | | 70.00 |
| Account No. | | | | Contract dispute | | | | |
| Patrick Grage 809 Juniper Road Glenview, IL 60025 | - | | | | | | | 90.00 |

| | | |
|---|---|---|
| Sheet no. __35__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,728.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Patty Mordecai 5 The Landmark Northfield, IL 60093 | | - | | | | | | 315.00 |
| Account No. | | | | Contract dispute | | | | |
| Paula Salerno 642 Maple Street Winnetka, IL 60093 | | - | | | | | | 405.00 |
| Account No. | | | | Contract dispute | | | | |
| Paula Sershon 2321 Illinois Road Northbrook, IL 60062 | | - | | | | | | 141.00 |
| Account No. | | | | Contract dispute | | | | |
| Peggy Beeman 148 Eddy Lane Northfield, IL 60093 | | - | | | | | | 122.73 |
| Account No. | | | | Contract dispute | | | | |
| Peter DeCastro 695 Sheridan Rd. Winnetka, IL 60062 | | - | | | | | | 270.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,253.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | **Contract dispute** | | | | |
| **Phil Beck** **698 Blackthorn Rd.** **Winnetka, IL 60093** | | | | | | | | 250.00 |
| Account No. | | | - | **Contract dispute** | | | | |
| **Phil Pierchala** **1456 Elm** **Northbrook, IL 60062** | | | | | | | | 168.00 |
| Account No. | | | - | **Contract dispute** | | | | |
| **Rich Barrett** **2228 Woodlawn Rd.** **Northbrook, IL 60062** | | | | | | | | 45.00 |
| Account No. | | | - | **Contract dispute** | | | | |
| **Richard Cook** | | | | | | | | 798.00 |
| Account No. | | | - | **Contract dispute** | | | | |
| **Richard Kirsch** **251 Scott Avenue** **Winnetka, IL 60093** | | | | | | | | 700.73 |

Sheet no. __37__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,961.73

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** _____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| **Rick Joutras** **6 Bristol Road** **Northfield, IL 60093** | - | | | | | | 200.00 |
| Account No. | | | Contract dispute | | | | |
| **Rita Lutz** **9349 Ridgeway Avenue** **Evanston, IL 60203** | - | | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| **Robert Goshen** **1001 Carlyle Terrace** **Highland Park, IL 60035** | - | | | | | | 45.00 |
| Account No. | | | Contract dispute | | | | |
| **Roberta Rosell** | - | | | | | | 18.00 |
| Account No. | | | Contract dispute | | | | |
| **Roger Keys** **2553 Brian Drive** **Northbrook, IL 60062** | - | | | | | | 82.93 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      435.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,                         Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Contract dispute | | | | |
| Rohit Nambiar 830 Romona Road Wilmette, IL 60091 | | | | | | | | 108.75 |
| Account No. | | - | | Loan | | | | |
| Rosanne T. Cornett 790 W. Frontage Road Winnetka, IL 60093 | | | | | | | | 89,462.00 |
| Account No. | | - | | Contract dispute | | | | |
| Sally Cunningham 759 Maclean Ave. Kenilworth, IL 60043 | | | | | | | | 80.00 |
| Account No. | | - | | Contract dispute | | | | |
| Sarah Shah 4654 Winchester Avenue, # 3 Chicago, IL 60640 | | | | | | | | 45.00 |
| Account No. | | - | | Contract dispute | | | | |
| Scott Stieber 1919 Penfold Pl Northbrook, IL 60062 | | | | | | | | 450.00 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      90,145.75

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Metrix Illinois, Inc.__ ,                     Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Shannon Painter<br>920 W. Van Buren Street<br>Chicago, IL 60607 | | - | Contract dispute | | | | 450.00 |
| Account No.<br><br>Shapiro Olefsky & Co<br>425 Huehl<br>Suite 12A<br>Northbrook, IL 60062 | | - | Services | | | | 3,205.00 |
| Account No.<br><br>Sheila Doyle<br>4049 Crestwood<br>Northbrook, IL 60062 | | - | Contract dispute | | | | 225.00 |
| Account No.<br><br>Sherie Miller<br>9510 N. Hamlin<br>Evanston, IL 60203 | | - | Contract dispute | | | | 85.00 |
| Account No.<br><br>Simon Allan<br>1643 N. Dayton Street, # 3<br>Chicago, IL 60614 | | - | Contract dispute | | | | 360.00 |

Sheet no. __40__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,325.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Metrix Illinois, Inc.** ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract dispute | | | | |
| Stacy Fitzgerald 2271 Bracken Lane Northfield, IL 60093 | | - | | | | | 450.00 |
| Account No. | | | Contract dispute | | | | |
| Stasia Ogden 1750 W. Cortland St. Chicago, IL 60622 | | - | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| Steve Burton 4331 Ivy Drive Glenview, IL 60026 | | - | | | | | 90.00 |
| Account No. | | | Contract dispute | | | | |
| Steve Engelman 2756 Euclid Evanston, IL 60201 | | - | | | | | 75.00 |
| Account No. | | | Contract dispute | | | | |
| Sue Nadel 8147 Gross Point Road Morton Grove, IL 60053 | | - | | | | | 450.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 1,155.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sue Sarli** <br> **2317 Iroquois Drive** <br> **Glenview, IL 60026** | | - | Contract dispute | | | | 37.50 |
| Account No. <br><br> **Susan Brody** <br> **3807 Kiess Dr.** <br> **Glenview, IL 60062** | | - | Contract dispute | | | | 70.00 |
| Account No. <br><br> **Susan Karnezis** <br> **2698 Independence Ave.** <br> **Glenview, IL 60026** | | - | Contract dispute | | | | 600.00 |
| Account No. <br><br> **Susan Valenti** | | - | Contract dispute | | | | 455.00 |
| Account No. <br><br> **Susie Levi** <br> **815 Balmoral Lane** <br> **Northbrook, IL 60062** | | - | Contract dispute | | | | 665.00 |

| | | |
|---|---|---|
| Sheet no. __42__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 1,827.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** _____ ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Suzy Jones 2160 Royal Ridge Drive Northbrook, IL 60062 | | - | | | | | | 122.73 |
| Account No. | | | | Contract dispute | | | | |
| Sy Dudnick 980 Edgebrook Lane Northbrook, IL 60062 | | - | | | | | | 327.27 |
| Account No. | | | | Contract dispute | | | | |
| Terry Sachman 3225 Brandess Drive Glenview, IL 60026 | | - | | | | | | 723.81 |
| Account No. | | | | Contract dispute | | | | |
| Thomas Jenkins 1570 Elmwood Ave., #1302 Evanston, IL 60201 | | - | | | | | | 90.00 |
| Account No. | | | | Contract dispute | | | | |
| Tim Clesen 2491 Woodlawn Northbrook, IL 60062 | | - | | | | | | 45.00 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,308.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metrix Illinois, Inc.** ,                                    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Timothy P. Donohue Esq<br>228 W. Main St.<br>Barrington, IL 60010 | - | | Services | | | | 1,280.00 |
| Account No.<br><br>Tom Dolan<br>2557 Indian Ridge Ct.<br>Glenview, IL 60026 | - | | Contract dispute | | | | 360.00 |
| Account No.<br><br>Tom Drake<br>215 Poplar Road<br>Lake Forest, IL 60045 | - | | Contract dispute | | | | 187.50 |
| Account No.<br><br>Tom Dutmers<br>128 Church Road<br>Winnetka, IL 60093 | - | | Contract dispute | | | | 80.00 |
| Account No.<br><br>Tom Howe<br>1883 Admiral Court<br>Glenview, IL 60026 | - | | Contract dispute | | | | 50.00 |

Sheet no. __44__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,957.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metrix Illinois, Inc.** ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tom Kotsovos**<br>**642 Sylviawood Avenue**<br>**Park Ridge, IL 60068** | | - | Contract dispute | | | | 50.00 |
| Account No.<br><br>**Tom Millar**<br>**25400 St. Mary's Road**<br>**Libertyville, IL 60048** | | - | Contract dispute | | | | 42.50 |
| Account No.<br><br>**Tracy McCafferty**<br>**842 Western Ave.**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 40.00 |
| Account No.<br><br>**Tracy Nolan**<br>**159 DeWindt Road**<br>**Winnetka, IL 60093** | | - | Contract dispute | | | | 412.50 |
| Account No.<br><br>**Verne Churchill**<br>**1434 Woodhill Drive**<br>**Northbrook, IL 60062** | | - | Contract dispute | | | | 417.39 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          962.39

B6F (Official Form 6F) (12/07) - Cont.

In re __Metrix Illinois, Inc.__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract dispute | | | | |
| Vicki Murphy 2841 Farmington Road Northbrook, IL 60062 | | - | | | | | | 45.00 |
| Account No. | | | | Contract dispute | | | | |
| Vicki Pagnucci 2113 Larkdale Drive Glenview, IL 60025 | | - | | | | | | 100.00 |
| Account No. | | | | Contract dispute | | | | |
| Wes Brown 125 Harvard Ave. Glenview, IL 60026 | | - | | | | | | 36.59 |
| Account No. | | | | Loan | | | | |
| WGC Enterprises, Inc 1900 Chestnut Ave. Apt 404 Glenview, IL 60025 | | - | | | | | | 12,852.00 |
| Account No. | | | | Lease/Judgment | | | | |
| Willow Associates, LLC c/o The Harlem Irving Companies, In 4104 N. Harlem Ave Attn General Mgr Harwood Heights, IL 60706 | X | - | | | | | | 0.00 |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,033.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metrix Illinois, Inc.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Willow Festival Regency LLC** c/o Regency Centers LP-Willow Festi 3928 Solutions Center Chicago, IL 60677 | - | | | | | | | 77,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __47__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 77,000.00 |
| Total (Report on Summary of Schedules) | | 496,344.40 |

B6G (Official Form 6G) (12/07)

.

In re    **Metrix Illinois, Inc.** _____,    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

<u>   0   </u> continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Metrix Illinois, Inc.**                                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mike Twadell**<br>**2444 Ridgeway Ave.**<br>**Evanston, IL 60201** | **Schaumburg Bank & Trust**<br>**P.O. Box 70**<br>**Bloomingdale, IL 60108** |
| **Rosanne T. Cornett**<br>**790 W. Frontage Road**<br>**Winnetka, IL 60093** | **Schaumburg Bank & Trust**<br>**P.O. Box 70**<br>**Bloomingdale, IL 60108** |
| **Walter Cornett III**<br>**1900 Chestnut Ave., #404**<br>**Glenview, IL 60025** | **Willow Associates, LLC**<br>**c/o The Harlem Irving Companies, In**<br>**4104 N. Harlem Ave Attn General Mgr**<br>**Harwood Heights, IL 60706** |
| **Walter Cornett III**<br>**1900 Chestnut Ave., # 404**<br>**Glenview, IL 60025** | **Willow Festival**<br>**c/o Regency Centers LP- Willow Fest**<br>**3928 Solutions Center**<br>**Chicago, IL 60677** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Metrix Illinois, Inc.**                                                    Case No.
                                                    Debtor(s)          Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**60**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 10, 2015**                          Signature    **/s/ Walter G. Cornett III**
                                                                **Walter G. Cornett III**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Metrix Illinois, Inc.**                                          Case No.
_____
Debtor(s)          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-141,566.00 | **2015 YTD: Debtor METRIX PHYSICAL THERAPY AND FITNESS** |
| $98,145.00 | **2014: Debtor METRIX PHYSICAL THERAPY AND FITNESS sales = $204,574 with net income of -$141,566** |
| $36,492.00 | **2013: Debtor METRIX PHYSICAL THERAPY AND FITNESS sales = $497,108 with net income of $36,492** |
| $37,705.00 | **2012: Debtor METRIX PHYSICAL THERAPY AND FITNESS sales = $509,515 with net income of $37,705** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Rosanne T. Cornett<br>837 Gleneagle Lane<br>Northbrook, IL 60062<br>owner | $320.00 every two weeks for partial salary (See attchment for detail on dates of payments). | $4,480.00 | $89,462.00 |
| WGC Enterprises, Inc<br>1900 Chestnut Ave.<br>Apt 404<br>Glenview, IL 60025 | | $0.00 | $14,539.00 |
| Michael Twaddell<br>2444 Ridgeway Ave.<br>Evanston, IL 60201 | | $0.00 | $15,401.00 |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Willow Associates, LLC** **v** **Metrix Illinois, Inc. et al** **2014 M1  714011** | **Eviction** | **Cook County, IL** | **Judgment** |
| **Deborah Dart** **v** **Walley Cornett et al** **2014  M2 1081** | **Collection** | **Cook County, IL** | **Settled** **8.25.14** |
| **Advance Rehabilitation** **v** **Metrix Illinois** **2012 M1 141835** | **Collection** | **Cook County, IL** | **Settled** **09/2011** |
| **Vivian Cielak** **v** **Metrix Illinois** **2014 CH 557** | **Shareholder dispute** | **Cook County, IL** | **Pleading** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schaumburg Bank & Trust** **P.O. Box 70** **Bloomingdale, IL 60108** | **9/2014** | **Business machines and inventory with value of about $12,000.00** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| :---: | :---: | :---: | :---: |

## 7. Gifts

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| :---: | :---: | :---: | :---: |

## 8. Losses

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| :---: | :---: | :---: |

## 9. Payments related to debt counseling or bankruptcy

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
| :---: | :--- |
| ☐ | |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| :--- | :---: | :---: |
| **Lavelle Law, Ltd.**<br>**501 W Colfax**<br>**Palatine, IL 60067** | **8/2014** | **$2,500.00** |

## 10. Other transfers

| None | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ☐ | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| :---: | :---: | :---: |
| **Schaumburg Bank & Trust**<br>**P.O. Box 70**<br>**Bloomingdale, IL 60108**<br>   **Third party** | **9/2014** | **Liquidated physical therapy equipment** |

B7 (Official Form 7) (04/13)
5

| | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|---|---|
| None | |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **790 Frontage Road # 401 Northfield, IL 60093** | **METRIX PHYSICAL THERAPY AND FITNESS** | **2007 to 2012** |

B7 (Official Form 7) (04/13)
6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Metrix Illinois, Inc.** | **20-8628161** | **790 W. Frontage Road Winnetka, IL 60093** | **Physical therapy** | **2007-2014** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Les Olefky** | **2011 to present** |
| **Shapiro & Olefsky & Co., CPA's** | |
| **425 Huehl, Suite 12A** | |
| **Northbrook, IL 60062** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Walter Cornett III** | **790 W. Frontage Road Winnetka, IL 60093** |
| **Shapiro Olefsky & Co** | **425 Huehl Suite 12A Northbrook, IL 60062** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Schaumburg Bank & Trust** | **Quarterly & annual financial statements as** |
| **P.O. Box 70** | **required by loan covenants.** |
| **Bloomingdale, IL 60108** | |

B7 (Official Form 7) (04/13)
8

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Rosanne T. Cornett**<br>**836 Gleneagle Lane**<br>**Northbrook, IL 60062** | | **52.60%** |
| **Vivian Cielak**<br>**2050 Meadowview**<br>**Northbrook, IL 60062** | | **16.40%** |
| **David J.M. Fox**<br>**1020 Miami Rd**<br>**Wilmette, IL 60091** | | **11.00%** |
| **Mike Twaddell**<br>**2444 Ridgeway Ave.**<br>**Evanston, IL 60201** | | **7.70%** |
| **Matthew T. Kirch**<br>**323 Douglas Avenue**<br>**Naperville, IL 60540** | | **5.50%** |
| **Andrea L. Kirch**<br>**1631 W. Le Moyne**<br>**Unit 2**<br>**Chicago, IL 60622** | | **5.50%** |
| **Peg Beeman**<br>**148 Eddy Lane**<br>**Winnetka, IL 60093** | | **1.40%** |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)
9

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Catherine P. McNulty**<br>**1729 Lake Ave.**<br>**Wilmette, IL 60091** | **None -- 26.6666667% owner** | **2010** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **March 10, 2015**                    Signature   **/s/ Walter G. Cornett III**
                                                      **Walter G. Cornett III**
                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Metrix Illinois, Inc.** _____
Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $ _____**2,500.00**

   Prior to the filing of this statement I have received .......................... $ _____**2,500.00**

   Balance Due .................................................................................. $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 10, 2015** _____

**/s/ Timothy M. Hughes** _____
**Timothy M. Hughes 6208982**
**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698  Fax: 847.241-1702**
**thughes@lavellelaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Metrix Illinois, Inc.** _____   Case No. _____
_____ Debtor(s)   Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **243**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 10, 2015** _____         **/s/ Walter G. Cornett III** _____
**Walter G. Cornett III/President**
Signer/Title

Albert (Andy) Anderson
1817 Wildberry Dr.
Glenview, IL 60025


Alice Smith
1256 Pine Street
Glenview, IL 60025


Amber Kinser
5926 S. Park Ave.
Morton Grove, IL 60053


Angela Dzakovich
2336 Woodlawn Rd.
Northbrook, IL 60062


Anne Brentan
2223 Crestview Lane
Wilmette, IL 60091


Annie Hayashi
311 Crestwood Village
Northfield, IL 60093


Anthony Keany
7226 W. Greenleaf
Chicago, IL 60631


AT&T
P.O. BOX 5080
Carol Stream, IL 60197


Barbara Pohn
1320 Hackberry Lane
Winnetka, IL 60093


Barbara Twaddle
2444 Ridgeway Avenue
Evanston, IL 60201


Barbie Myers
1182 Asbury Ave.
Winnetka, IL 60093

Bert Getz
225 Shadowood Lane
Northfield, IL 60093


Bert Kraft
2251 Bracken Lane
Northfield, IL 60093


Beth Brady
2303 Linneman Street
Glenview, IL 60025


Beth Lipschultz
2740 Oak Ave.
Northbrook, IL 60062


Beverly Gordon
1608 Joy Lane
Glenview, IL 60025


Bill Boyd
1160 Michigan Ave.
Wilmette, IL 60091


Bill Patterson
225 Old Farm Road
Northfield, IL 60093


Bobbie Piell
4040 Dundee Road
Northbrook, IL 60062


Bruce Hecktman
2434 Hampton Lane
Northbrook, IL 60062


Bruce MacRae
3032 Margo Lane
Northbrook, IL 60062


Business Network Center
Edens Tower Plaza
790 Frontage Road
Winnetka, IL 60093

Carol Apfelbaum
2560 Greenview
Northbrook, IL 60062


Carol Burtis
1838 Lincoln Ave.
Northbrook, IL 60062


Cathe Forrestal
1884 Summerton Place
Northbrook, IL 60062


Cathy Newman
305 Chipili Drive
Northbrook, IL 60062


CEDA
208 S. LaSalle St., Suite 1900
Chicago, IL 60604


Charles Rapier
2538 Donarld Ct.
Glenview, IL 60025


Chris Ebert
2151 Pioneer
Evanston, IL 60201


Chris McGivern
3518 W. Shakespeare Ave.
Chicago, IL 60647


Chris Young
1311 Adirondack Drive
Northbrook, IL 60062


Christine Weisenberger
2002 Chestnut
Wilmette, IL 60091


Chuck Lauer
551 Rosewood Ave
Winnetka, IL 60093

Cindy Ficho
1717 Highland Terrace
Glenview, IL 60025


Clair Seckelmann
2642 Park Lane
Glenview, IL 60025


Client


Cliff Zmisk
3648 Indianwells
Northbrook, IL 60062


Crystal Novak
379 Rosewood Ave.
Winnetka, IL 60093


Cynthia Baldwin
6042 N. Christiana
Chicago, IL 60659


Damon Evenstad
617 Meadow
Glenview, IL 60025


Dan Gottstein
2725 Prince St.
Northbrook, IL 60062


Dan Pepoon
2127 Maple Ave
Northbrook, IL 60062


Dan Santostefano
1925 Lake Ave, Unit 101
Wilmette, IL 60091


Dana Turban
2363 Pebblefork Lane
Northfield, IL 60093

Danny Bodman
2112 Drury Lane
Northfield, IL 60093


Dave Dodge
1334 Larrabee Lane
Northbrook, IL 60062


Dave Gimbel
1831 Ellendale Dr.
Northbrook, IL 60062


Dave Heckler
1075 Elm
Winnetka, IL 60093


David Baron
2816 West Birchwood
Wilmette, IL 60091


David Cox
2221 Bracken Lane
Northfield, IL 60093


David Gransee
111 Abingdon Avenue
Kenilworth, IL 60043


David Jacobs
417 Washington
Glenview, IL 60025


David Lauschke
10381 Dearlove Rd.
Glenview, IL 60025


Dean Snyder
189 Happ Road
Northfield, IL 60093


Debbie Bradley
2512 Bel Air Drive
Glenview, IL 60025

Debra Beck
1 Woodley Road
Winnetka, IL 60093


Deirdre Christman
2339 Clover Lane
Northfield, IL 60093


Dennis Katz
6833 N. Kedzie # 614
Chicago, IL 60645


Derrick McGavic
908 Surrey Lane
Glenview, IL 60025


Dia Morgan
1050 Huckleberry
Glenview, IL 60025


Dianne Meltreger
400 Thames Placeway
Park Ridge, IL 60068


Dick Hoffman
1818 Westleigh
Glenview, IL 60025


Dick Zande
2023 Fir Street
Glenview, IL 60025


Don Debellis
1250 Prairie Lawn Road
Glenview, IL 60026


Doug Mackie
1716 Highland Terrace
Glenview, IL 60025


Dragana Cupic
2335 Iroquois Drive
Glenview, IL 60026

Drew Maatman
83 Indian Hill Road
Winnetka, IL 60093


Duayne Meyer
440 Wagner Road
Northfield, IL 60093


Ed Reardon
821 Windsor Road
Glenview, IL 60025


Ed Thompson
2747 Maple Ave.
Northbrook, IL 60062


Elke Montag
1016 North Road
Fox River Grove, IL 60021


Ellen Morley
2629 Bob-O-Link Lane
Northbrook, IL 60062


Empact Construction
790 Frontage Road
Winnetka, IL 60093


Evan Trent
5000 S. Cornell, #5B
Chicago, IL 60615


Fifth Third
38 Fountain Square Plz.
MD 109064
Cincinnati, OH 45263-0001


Fifth Third
c/o Diver, Grach, Quade & Masini
111 N. County St
Waukegan, IL 60085


FOTO Inc
P. O. Box 11444
Knoxville, TN 37939

Francis Fiorentino
2303 Mohawk Lane
Glenview, IL 60062


Frank Weissman
2222 Royal Ridge Drive
Northbrook, IL 60062


Fred Blesi
736 Glenayre
Glenview, IL 60025


Gail Price
7 Hickory Lane
Northbrook, IL 60062


Gayle Wagley
56 Park Lane
Golf, IL 60029


George Cromydas
909 Lenox
Glenview, IL 60025


George Sarmiento
1945 Smith Rd.
Northbrook, IL 60062


Gerald Handler
2415 The Strand
Northbrook, IL 60062


Gregory Bednar
1525 Ammer Road
Glenview, IL 60025


Greta Jurcikoniene
325 W. Pleasant Hill Blvd
Palatine, IL 60067


Guy Leonardo
2479 Oneida
Naperville, IL 60563

Hank Cox
2233 Drury Lane
Northfield, IL 60093


Hans Larson
212 North Pine Street
Mount Prospect, IL 60056


Helmut Epp
808 Ashland
Wilmette, IL 60091


Hi Kahng
2517 Virginia Lane
Northbrook, IL 60062


Hillary Pontarelli
1326 Evergreen Ct.
Glenview, IL 60025


Howard Topel
1025 Summit
Deerfield, IL 60015


Ian Lee
P.O. Box 921
Northbrook, IL 60062


Illinois Department of Employment
33 S. State, 9th Floor
Chicago, IL 60603


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Inna Sukhman
1727 Wildwood Court
Glenview, IL 60025


Internal Revenue Service
Centralized Insolvency Ooperations
POB 7346
Philadelphia, PA 19101-7346

Jack Lynch
1771 Dewes St., Unit D
Glenview, IL 60025


James Badger
1149 New Trier Ct.
Wilmette, IL 60091


Jane Demler
83 Coventry Road
Northfield, IL 60093


Jean Clark
1770 Brush Hill Lane
Glenview, IL 60025


Jeff Goldberg
89 Willow Rd.
Chicago, IL 60689


Jennie Gault
1150 Ramona Road
Wilmette, IL 60091


Jerry Robinson
1911 Westleigh Dr.
Glenview, IL 60025


Jerry Slater
2144 Washington Dr.
Northbrook, IL 60062


Jill Pinkerton
1743 Central Ave
Wilmette, IL 60091


Jim DiMatteo
8 Briarwood Lane
Lincolnshire, IL 60069


Jim Lewis
36149 N. Edgewater Court
Gurnee, IL 60031

Jim Maloney
884 Higginson Lane
Winnetka, IL 60093

Jim McNitt
1031 Willow Road
Winnetka, IL 60093

Jim Rohner
2934 Indianwood Road
Wilmette, IL 60091

Jimmy DeCastro
695 Sheridan Rd.
Winnetka, IL 60062

Joel Goodman
4007 Rutgers Lane
Northbrook, IL 60062

John Benz
833 Bryant Avenue
Winnetka, IL 60093

John Bodine
400 Lincoiln Ave.
Glencoe, IL 60022

John Coghlan
1139 Ridge Ave.
Evanston, IL 60202

John Hammond
737 Glendale Dr.
Glenview, IL 60025

John Vitanovec
1256 Forest Glen Drive North
Winnetka, IL 60093

Johnston Architect
310 Happ Road
Northfield, IL 60093

Judie Bradford
2700 Summit Drive, Unit 104
Glenview, IL 60025


Judy Frazin
3801 Mission Hills, Road #108
Northbrook, IL 60062


Juliana White
1360 Wessling Drive
Northbrook, IL 60062


Karen Fusco
2772 Sahannon Rd.
Northbrook, IL 60062


Kathleen Adams
2050 Claire Ct
Glenview, IL 60025


Kathleen Heitmann
2561 Stone Court
Northbrook, IL 60062


Kathleen O'Brien
1922 Sunset Ridge
Glenview, IL 60025


Kathryn Bettis
1628 Del'eqier
Glenview, IL 60025


Kathy Barth
1735 A. Wildberry Dr.
Glenview, IL 60025


Kathy Clouse
1193 Scott Ave.
Winnetka, IL 60093


Kathy Johnston
2404 Fox Meadow Lane
Northfield, IL 60093

Kathy Kenny
575 Somerset
Northfield, IL 60093


Kathy Lanctot
1500 Tower Road
Winnetka, IL 60093


Katie Dick
213 State Capitol
Springfield, IL 62756


Kelly Ipjian
2645 Landwehr Road
Glenview, IL 60026


Kim Ross
820 Eastwood Lane
Glenview, IL 60025


Kris Izenstark
1341 Wiulliamsburg Drive
Northbrook, IL 60062


Leah Caille
5220 N. Glenwood Ave.
Chicago, IL 60640


Lee Keating
775 Happ Road
Northfield, IL 60093


Len Kasper
445 Drexel Avenue
Glencoe, IL 60022


Lesley Lorch
Chicago, IL 60610


Linda Monico
727 Pleasant Lane
Glenview, IL 60025

Liza Dunne
1907 Greenview
Northbrook, IL 60062

Lizanne Joyce
980 Raleigh Road
Glenview, IL 60025

Loretta Kaplan
586 Somerset Lane
Northfield, IL 60093

Lori Goldman
2564 Virginia Lane
Northbrook, IL 60062

Lou Garippo
2500 Indigo Lane
Glenview, IL 60026

Marcia Patterson
225 Old Farm Road
Northfield, IL 60093

Margaret Kenny
735 Normandy Ln.
Glenview, IL 60025

Maria McNitt
1031 Willow Road
Winnetka, IL 60093

Marilyn Webster
945 Woodland Dr.
Glenview, IL 60025

Marty Albert
1233 Walters
Northbrook, IL 60062

Mary Eimers
635 Loing Road
Glenview, IL 60025

Mary Elenz
2057 Royal Ridge Drive
Northbrook, IL 60062

Mary Ellen Lovell
1628 Long Valley Drive
Northbrook, IL 60062

Mary Green
320 Washington Street
Barrington, IL 60010

Mary Sauer
1704 A Wildberry Dr.
Glenview, IL 60025

Mary Sheehan
1705 Hall Street
Downers Grove, IL 60516

MaryBeth Hardy
1350 Buttonwood
Glenview, IL 60025

Michael Barnett
3017 Margo Lane
Northbrook, IL 60062

Michael Roche

Michael Szkarulski
1534 Sunset Ridge Road
Glenview, IL 60025

Michael Twaddell
2444 Ridgeway Ave.
Evanston, IL 60201

Michele Brouse
1070 Willow Road
Winnetka, IL 60093

Michelle Amram
9220 Kedvale Ave
Skokie, IL 60076


Michelle Davis
1444 Nottingham, #G009
Mundelein, IL 60060


Michelle Rosenson
1933 Fieldwood
Northbrook, IL 60062


Michelle Strickland
2328 Dehne Road
Northbrook, IL 60062


Michelle Warshawsky
2122 Stratford Lane
Glenview, IL 60026


Mike Abrahamson
6201 W. Knox
Chicago, IL 60646


Mike Twadell
2444 Ridgeway Ave.
Evanston, IL 60201


Mindy Baschnagel
1824 W. Ridgewood Lane
Glenview, IL 60025


Miriam Biales
1201 Church Street
Glenview, IL 60025


Misha Lyalin
3901 Joanne Drive
Glenview, IL 60026


Nick McClanahan
1025 Eastwood Road
Glencoe, IL 60062

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Oakley Stevens
819 Leyden Lane
Wilmette, IL 60091


OptimisCorp
24630 Washington St.
Suite 200
Murrieta, CA 92562


Pam Anderson
694 S. Rodge Rd.
Lake Forest, IL 60045


Pam Stevens
819 Leyden Lane
Wilmette, IL 60091


Pat Jorndt
1038 Cayuga Drive
Northbrook, IL 60062


Patrick Grage
809 Juniper Road
Glenview, IL 60025


Patty Mordecai
5 The Landmark
Northfield, IL 60093


Paula Salerno
642 Maple Street
Winnetka, IL 60093


Paula Sershon
2321 Illinois Road
Northbrook, IL 60062


Peggy Beeman
148 Eddy Lane
Northfield, IL 60093

Peter DeCastro
695 Sheridan Rd.
Winnetka, IL 60062


Phil Beck
698 Blackthorn Rd.
Winnetka, IL 60093


Phil Pierchala
1456 Elm
Northbrook, IL 60062


Rich Barrett
2228 Woodlawn Rd.
Northbrook, IL 60062


Richard Cook


Richard Kirsch
251 Scott Avenue
Winnetka, IL 60093


Rick Joutras
6 Bristol Road
Northfield, IL 60093


Rita Lutz
9349 Ridgeway Avenue
Evanston, IL 60203


Robert Goshen
1001 Carlyle Terrace
Highland Park, IL 60035


Roberta Rosell


Roger Keys
2553 Brian Drive
Northbrook, IL 60062

Rohit Nambiar
830 Romona Road
Wilmette, IL 60091


Rosanne T. Cornett
790 W. Frontage Road
Winnetka, IL 60093


Sally Cunningham
759 Maclean Ave.
Kenilworth, IL 60043


Sarah Shah
4654 Winchester Avenue, # 3
Chicago, IL 60640


Schaumburg Bank & Trust
P.O. Box 70
Bloomingdale, IL 60108


Scott Stieber
1919 Penfold Pl
Northbrook, IL 60062


Shannon Painter
920 W. Van Buren Street
Chicago, IL 60607


Shapiro Olefsky & Co
425 Huehl
Suite 12A
Northbrook, IL 60062


Sheila Doyle
4049 Crestwood
Northbrook, IL 60062


Sherie Miller
9510 N. Hamlin
Evanston, IL 60203


Simon Allan
1643 N. Dayton Street, # 3
Chicago, IL 60614

Stacy Fitzgerald
2271 Bracken Lane
Northfield, IL 60093


Stasia Ogden
1750 W. Cortland St.
Chicago, IL 60622


Steve Burton
4331 Ivy Drive
Glenview, IL 60026


Steve Engelman
2756 Euclid
Evanston, IL 60201


Sue Nadel
8147 Gross Point Road
Morton Grove, IL 60053


Sue Sarli
2317 Iroquois Drive
Glenview, IL 60026


Susan Brody
3807 Kiess Dr.
Glenview, IL 60062


Susan Karnezis
2698 Independence Ave.
Glenview, IL 60026


Susan Valenti


Susie Levi
815 Balmoral Lane
Northbrook, IL 60062


Suzy Jones
2160 Royal Ridge Drive
Northbrook, IL 60062

Sy Dudnick
980 Edgebrook Lane
Northbrook, IL 60062


Terry Sachman
3225 Brandess Drive
Glenview, IL 60026


Thomas Jenkins
1570 Elmwood Ave., #1302
Evanston, IL 60201


Tim Clesen
2491 Woodlawn
Northbrook, IL 60062


Timothy P. Donohue Esq
228 W. Main St.
Barrington, IL 60010


Tom Dolan
2557 Indian Ridge Ct.
Glenview, IL 60026


Tom Drake
215 Poplar Road
Lake Forest, IL 60045


Tom Dutmers
128 Church Road
Winnetka, IL 60093


Tom Howe
1883 Admiral Court
Glenview, IL 60026


Tom Kotsovos
642 Sylviawood Avenue
Park Ridge, IL 60068


Tom Millar
25400 St. Mary's Road
Libertyville, IL 60048

Tracy McCafferty
842 Western Ave.
Northbrook, IL 60062


Tracy Nolan
159 DeWindt Road
Winnetka, IL 60093


Verne Churchill
1434 Woodhill Drive
Northbrook, IL 60062


Vicki Murphy
2841 Farmington Road
Northbrook, IL 60062


Vicki Pagnucci
2113 Larkdale Drive
Glenview, IL 60025


Walter Cornett III
1900 Chestnut Ave., #404
Glenview, IL 60025


Walter Cornett III
1900 Chestnut Ave., # 404
Glenview, IL 60025


Wes Brown
125 Harvard Ave.
Glenview, IL 60026


WGC Enterprises, Inc
1900 Chestnut Ave.
Apt 404
Glenview, IL 60025


Willow Associates
c/o Dean John Tatooles
180 N. LaSalle St
Chicago, IL 60601

```
Willow Associates, LLC
c/o The Harlem Irving Companies, In
4104 N. Harlem Ave Attn General Mgr
Harwood Heights, IL 60706


Willow Festival Regency LLC
c/o Regency Centers LP-Willow Festi
3928 Solutions Center
Chicago, IL 60677
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Metrix Illinois, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Metrix Illinois, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**David J.M. Fox
1020 Miami Rd
Wilmette, IL 60091**

**Rosanne T. Cornett
790 W. Frontage Road
Winnetka, IL 60093**

**Vivian Cielak
2050 Meadowview
Northbrook, IL 60062**

☐ None [*Check if applicable*]

**March 10, 2015**

Date

**/s/ Timothy M. Hughes**

**Timothy M. Hughes 6208982**

Signature of Attorney or Litigant

Counsel for  **Metrix Illinois, Inc.**

**Lavelle Law, Ltd.
501 W Colfax
Palatine, IL 60067
847.705-9698 Fax:847.241-1702
thughes@lavellelaw.com**